AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Elizabeth Reynolds | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-00317 |
| ODM Restaurant Operations, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** ENTRY AND ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT (DOC. NO. 16).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Default Judgment.

Date: 3/6/2025

CLERK OF COURT

*Anne Wamsley*

Signature of Clerk or Deputy Clerk